**SAO**
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

SFR INVESTMENTS POOL 1, LLC,

                              Plaintiff,

        vs.

NATIONSTAR MORTGAGE, LLC d/b/a/
MR. COOPER; DOES I through X; and ROE
BUSINESS ENTITIES I through X, inclusive,

                              Defendants.

Case No.  2:22-cv-00388-APG-VCF

**STIPULATION AND ORDER TO STAY
FORECLOSURE**

        On February 7, 2022, SFR Investments Pool 1, LLC ("SFR") filed a Complaint and Motion for Temporary Restraining Order and Preliminary Injunction in the District Court, Case No. A-22-847916-C, against Defendant, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"). On February 22, 2022, the parties stipulated to vacate the District Court briefing deadlines and hearing after counsel for Nationstar indicated that they would be filing a Notice of Removal to the Federal Court. Additionally, the parties agreed that the foreclosure sale would be postponed allowing the Parties to brief a Motion for Preliminary Injunction in its normal course. On March 2, 2022, the Defendants filed a Notice of Removal to Federal Court Based on Diversity Jurisdiction. On March 16, 2022, counsel for Nationstar filed a Motion to Dismiss.  Counsel for SFR have agreed to forego seeking remand and the Parties have agreed to stipulate to the following:

        Currently, SFR's response to Nationstar's motion to dismiss [ECF No. 5] is due on March 30, 2022.

…

1.     SFR shall file its response to Nationstar's motion to dismiss on or before April 5, 2022.

2.     SFR shall file its Motion for Preliminary Injunction with this Court on or before April 5, 2022.

3.     The Defendant agrees to refrain from setting the foreclosure sale of the real property located at **116 Copper Pine Avenue, North Las Vegas, Nevada 89031; Parcel No. 124-27-717-075**¸ until such time as this Court rules on the motion for preliminary injunction.

4.     Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

| | |
|---|---|
| Dated this 28th day of March, 2022 | Dated this 28th day of March, 2022. |
| **Troutman Pepper Hamilton Sanders LLP** | **Hanks Law Group** |
| */s/ Brody R Wight* | */s/ Karen L. Hanks* |
| Brody R. Wight, Esq. | Karen L. Hanks, Esq. |
| Nevada Bar No. 13615 | Nevada Bar No. 9578 |
| 8985 S. Eastern Avenue, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89123 | Las Vegas, NV 89139 |
| *Counsel for Nationstar Mortgage, LLC dba Mr. Cooper* | *Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED

_____

U.S. DISTRICT COURT JUDGE

DATED: March 29, 2022