BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorney for Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>             Plaintiff,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>             Defendants. | Case No.:   Case No.: 2:22-cv-00388<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A REPLY TO THE MOTION TO DISMISS** |

Nationstar Mortgage LLC, dba Mr. Cooper (**Nationstar**) and Plaintiff, SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree that the deadline to file the reply to the Motion for Dismiss (ECF No. 5) shall be filed April 18, 2022. Currently, the deadline to file the reply is due on April 11, 2022. However, counsel for Nationstar was recently out of the country on vacation was unable to timely address the opposition. For that reason, the parties have stipulated to extend the deadline to file by one week. The parties submit this stipulation in good faith and not to cause undue delay.

1

125417975

DATED April 11, 2022.

| | |
|---|---|
| By: /s/ Brody R. Wight <br> Brody R. Wight, Esq. <br> Nevada Bar Number 13615 <br> TROUTMAN PEPPER LLP <br> 8985 S. Eastern Ave., Ste. 200 <br> Las Vegas, NV  89123 *(Nevada Office)* <br> Telephone: (470) 832-5577 <br> Email: brody.wight@troutman.com <br> *Attorneys for Nationstar Mortgage, LLC d/b/a Mr. Cooper* | By: /s/ Chantel M. Schimming <br> Chantel M. Schimming, Esq. <br> Nevada Bar No. 8886 <br> HANKS LAW GROUP <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS HEREBY ORDERED** that any reply in support of the Motion to Dismiss filed by Defendant Nationstar Mortgage LLC (ECF No. 5), which was filed on March 16, 2022, shall be filed by April 18, 2022.

Dated this 12th day of April, 2022

_____

125417975

2