1  BRODY R. WIGHT, ESQ.
   Nevada Bar No. 13615
2  TROUTMAN PEPPER HAMILTON SANDERS LLP
   8985 S. Eastern Ave., Ste 200
3  Las Vegas, NV 89123 *(Nevada Office)*
   Tele: (470) 832-5586
4  Fax:  (404) 962-6800
   brody.wight@troutman.com
5
   TROUTMAN PEPPER HAMILTON SANDERS LLP
6  600 Peachtree St. NE # 3000
   Atlanta, GA 30308 *(Corporate Office)*
7  *Attorneys for Defendant Nationstar Mortgage LLC d/b/a*
   *Mr. Cooper*
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | 2:22-cv-00388-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES REGARDING THE MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff, SFR Investments Pool 1, LLC (**SFR**) and Nationstar Mortgage LLC (**Nationstar**), by their attorneys, hereby submit this Stipulation for an extension of the deadlines regarding the motion for preliminary injunction. Currently, Nationstar's opposition to the motion is due on April 19, 2022; however, Nationstar's counsel has been unable to obtain client approval of the opposition for preliminary injunction or a full investigation of the facts of the case necessary to accurately respond to the motion. The parties, therefore, request that the deadlines associated with the motion for preliminary injunction be extended by three days in order to give Nationstar time to respond.

PAGE 1

125704744

The parties agree that the temporary restraining order shall remain in effect until the motion for preliminary injunction is heard by the court.  The parties stipulate to this extension in good faith and not to harass or for any other improper purpose.

The parties stipulate as follows:

1. The deadline for Nationstar to respond to the motion for preliminary injunction currently set for April 19, 2022, should be extended to April 22, 2022.

2. The deadline for SFR to file a reply currently set for April 26, 2022, shall be extended to April 29, 2022.

4.     The temporary restraining order this Court issued shall remain in effect until the motion for preliminary injunction is heard.

| DATED this 19th day of April 2022 | DATED this 19th day of April 2022 |
|---|---|
| **HONG & HONG LAW OFFICE** | **TROUTMAN PEPPER HAMILTON SANDERS LLC** |
| */s/ Chantel M. Schimming*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>Hanks Law Group<br>7625 Dean Martin Drive, Ste. 110<br>Las Vegas, NV 89139<br>*Attorney for Plaintiff SFR Investments Pool 1, LLC* | */s/ Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200,<br>Las Vegas, NV 89123 (*Nevada Office*)<br>600 Peachtree St. NE # 3000, Atlanta, GA 30308<br>*Attorney for Defendant Nationstar Mortgage LLC, d/b/a Mr. Cooper* |

## **ORDER**

IT IS HEREBY ORDERED that Defendant Nationstar shall file its response to Plaintiff SFR' motion for preliminary injunction on or before April 22, 2022.

IT IS FURTHER HEREBY ORDERED that any reply in support of the motion for preliminary injunction shall be filed on or before April 29, 2022.

~~IT IS FURTHER HEREBY ORDERED that the hearing on the motion for preliminary injunction shall be held on _____, 2022 at the hour of _____.~~

PAGE 2

125704744

IT IS FURTHER HEREBY ORDERED that the temporary restraining order that this Court entered in this case shall be extended to the date of the hearing on the motion for preliminary injunction.

DATED: April 20, 2022

_____
UNITED STATES DISTRICT COURT

Respectfully submitted by:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE # 3000, Atlanta, GA 30308
*Attorney for Defendant Nationstar Mortgage LLC*

PAGE 3

125704744