BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | 2:22-cv-00388-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES REGARDING THE MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(Second Request)** |

Plaintiff, SFR Investments Pool 1, LLC (**SFR**) and Nationstar Mortgage LLC (**Nationstar**), by their attorneys, hereby submit this Stipulation for an extension of the deadlines regarding the motion for preliminary injunction. Currently, Nationstar's opposition to the motion is due on April 22, 2022 after receiving a three day extension from the original deadline of April 19, 2022. The deadline was originally extended because Nationstar's counsel was unable to obtain client approval of the opposition for preliminary injunction or a full investigation of the facts of the case necessary to accurately respond to the motion. Nationstar's counsel has still been able to obtain client approval or conduct a full investigation. The parties, therefore, request

PAGE 1

125808501

that the deadlines associated with the motion for preliminary injunction be extended by one week in order to give Nationstar time to respond.

The parties agree that the temporary restraining order shall remain in effect until the motion for preliminary injunction is heard by the court. The parties stipulate to this extension in good faith and not to harass or for any other improper purpose.

The parties stipulate as follows:

1. The deadline for Nationstar to respond to the motion for preliminary injunction currently set for April 22, 2022, should be extended to April 29, 2022.

2. The deadline for SFR to file a reply currently set for April 29, 2022, shall be extended to May 6, 2022.

4.  The temporary restraining order this Court issued shall remain in effect until the motion for preliminary injunction is heard.

| DATED this 22nd day of April 2022 | DATED this 22nd day of April 2022 |
|---|---|
| **HONG & HONG LAW OFFICE** | **TROUTMAN PEPPER HAMILTON SANDERS LLC** |
| */s/ Chantel M. Schimming* <br> Chantel M. Schimming, Esq. <br> Nevada Bar No. 8886 <br> Hanks Law Group <br> 7625 Dean Martin Drive, Ste. 110 <br> Las Vegas, NV 89139 <br> *Attorney for Plaintiff SFR Investments Pool 1, LLC* | */s/ Brody R. Wight* <br> Brody R. Wight, Esq. <br> Nevada Bar No. 13615 <br> 8985 S. Eastern Ave., Ste. 200, <br> Las Vegas, NV 89123 (*Nevada Office*) <br> 600 Peachtree St. NE # 3000, Atlanta, GA 30308 <br> *Attorney for Defendant Nationstar Mortgage LLC, d/b/a Mr. Cooper* |

## **ORDER**

IT IS HEREBY ORDERED that Defendant Nationstar shall file its response to Plaintiff SFR' motion for preliminary injunction on or before April 29, 2022.

IT IS FURTHER HEREBY ORDERED that any reply in support of the motion for preliminary injunction shall be filed on or before May 6, 2022.

PAGE 2

125808501

1   ~~IT IS FURTHER HEREBY ORDERED that the hearing on the motion for preliminary~~
2   ~~injunction shall be held on _____, 2022 at the hour of _____.~~
3         IT IS FURTHER HEREBY ORDERED that the temporary restraining order that this
4   Court entered in this case shall be extended to the date of the hearing on the motion for
5   preliminary injunction.

                                                 [signature]
                                       UNITED STATES DISTRICT COURT
                                       DATED: April 25, 2022

Respectfully submitted by:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE # 3000, Atlanta, GA 30308
*Attorney for Defendant Nationstar Mortgage LLC*