UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>    Plaintiff<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Defendant | Case No.: 2:22-cv-00388-APG-VCF<br><br>**Order Dismissing Case** |

    I previously granted defendant Nationstar Mortgage LLC's motion to dismiss, with leave for plaintiff SFR Investments Pool 1, LLC to amend certain claims. ECF No. 21. I advised SFR that if it did not file an amended complaint by July 1, 2022, I would dismiss the remaining claims with prejudice, except for the wrongful foreclose claim, which I dismissed as not ripe. *Id.* at 12. SFR did not file an amended complaint.

    I THEREFORE ORDER that all of plaintiff SFR Investments Pool 1, LLC's claims against defendant Nationstar Mortgage LLC are DISMISSED with prejudice, except for the wrongful foreclosure claim, which is dismissed as not ripe. The clerk of court is instructed to enter judgment accordingly and to close this case.

    DATED this 7th day of July, 2022.

                                                          ANDREW P. GORDON<br>                                                         UNITED STATES DISTRICT JUDGE