1  BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
2  TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste 200
3  Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE # 3000
4  Atlanta, GA 30308 *(Corporate Office)*
Tele: (470) 832-5586
5  Fax:  (404) 962-6800
brody.wight@troutman.com
6

7  *Attorney for Nationstar Mortgage LLC*
*dba Mr. Cooper*

8
### UNITED STATES DISTRICT COURT

9
### DISTRICT OF NEVADA

10

| | |
|---|---|
| 11 SFR INVESTMENTS POOL 1, LLC, | Case No.  2:22-cv-00388-APG-VCF |
| 12 Plaintiff, | |
| 13 vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| 14 NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER; DOES I through X; and ROE | **FIRST REQUEST** |
| 15 BUSINESS ENTITIES I through X, inclusive, | |
| 16 Defendants. | |
| 17 | |

18      SFR Investments Pool 1, LLC ("SFR") and Nationstar Mortgage LLC dba Mr. Cooper

19  ("Nationstar") (collectively, the "Parties"), by and through their respective counsel, pursuant to

20  EDCR 2.35, hereby stipulate and agree to extend the discovery deadlines as set forth within.  This

21  stipulation is being entered into in good faith and is not made for the purposes of delay but to

22  enable the parties to negotiate a settlement before the need to conduct depositions or incur

23  unnecessary charges. The deadline for the close of discovery is now April 19, 2023.

24  **A.  DISCOVERY COMPLETED TO DATE:**

25      1.  SFR's initial NRCP 16.1 disclosures;

26      2.  SFRs first set of interrogatories, requests for production of documents and requests for

27          admission have been served on Nationstar, and Nationstar is responding;

28      3.  Nationstar and Fannie's NRCP 16.1 disclosures.

- 1 -

148086372

4. Nationstar's first set of interrogatories, requests for production of documents and requests for admission to SFR have been served and SFR is responding.

**B. DISCOVERY THAT REMAINS TO BE COMPLETED:**

The parties need to complete the following discovery:

1. Deposition of NRCP 30(b)(6) witness for Nationstar;

2. Deposition of NRCP 30(b)(6) witness for SFR.

**C. REASONS WHY DISCOVERY DEADLINE SHOULD BE EXTENDED:**

The parties have been involved in other similar litigation and believe they will be able to explore and possibly obtain settlement in the near future. However, counsel for both parties are currently facing emergencies in other matters and are unable to negotiate settlement before the close of discovery. Counsel for Nationstar has been dealing with a situation where his colleague quit on March 31, 2023, and he has unexpectedly been assigned a large number of cases. Counsel for SFR has trial and two Ninth Circuit arguments that are interfering with her ability to assess settlement before the close of discovery.

Although the parties are not yet able to negotiate a settlement, they would like to have the opportunity to explore settlement before it becomes necessary to conduct depositions. They, therefore, seek to extend the discovery deadline in order to give them room to negotiate a potential settlement.

Good cause exists to grant the extension despite the parties not filing the instant stipulation 21 days before the close of discovery because the parties began discussing the issue of extending to explore settlement which the parties have reached in other cases, at or near the 21-day mark. It took an extra few days to communicate the agreement and then draft and approve the stipulation.

///

///

///

///

///

///

- 2 -

148086372

**D.  PROPOSED DISCOVERY DEADLINES:**

The following proposed deadlines were agreed upon by the parties:

      a.  Close of discovery: **July 7, 2023** (Current deadline is April 19, 2023)

      b.  Final day for dispositive motions:  **August 7, 2023** (Current deadline is May 19, 2023)

      c.  Pre-Trial Order: **September 7, 2023** (Current deadline is June 20, 2023)

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 6th day of April, 2023.

**HANKS LAW GROUP**

/s/ Karen L. Hanks
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorney for SFR Investments Pool 1, LLC*

DATED this 6th day of April, 2023.

**TROUTMAN PEPPER HAMILTON SANDERS, LLP**

/s/ Brody R. Wight
BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorney for Nationstar Mortgage LLC dba Mr. Cooper*

**ORDER**

**IT IS SO ORDERED**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED _____   4-17-2023

148086372