1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-00388-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

SFR Investments Pool 1, LLC, by and through its counsel, Hanks Law Group and Nationstar Mortgage, LLC d/b/a Mr. Cooper, by and through its counsel, Troutman Pepper

…

…

…

…

…

- 1 -

Hamilton Sanders LLP, hereby stipulate and agree that any and all claims by and between the parties are hereby dismissed, with prejudice, with each side to bear its own fees and costs.

| DATED this 24th day of July, 2023. | DATED this 24th day of July, 2023. |
|---|---|
| **HANKS LAW GROUP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Chantel M. Schimming*_____<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email:  chantel@hankslg.com<br>Email:  karen@hankslg.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Brody R. Wight*_____<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: (470) 832-5562<br>Email: brody.wight@troutman.com<br><br>*Attorneys for Nationstar Mortgage LLC dba Mr. Cooper* |

**ORDER**

**IT IS ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 24, 2023